IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART,
ADC #151956                                                                                    PLAINTIFF

V.                          CASE NO. 5:17-CV-00135 KGB/BD

GLADYS EVANS, et al.                                                                    DEFFENDANTS

## RECOMMENDED DISPOSITION

### I.      Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.     Discussion

On May 10, 2017, Plaintiff Phillip Dewayne Stewart, an Arkansas Department of Correction ("ADC") inmate, filed this action without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Stewart also moved to proceed *in forma pauperis* ("IFP"). (#1) Because of his litigation history, however, Mr. Stewart is not eligible for IFP status in federal court absent an allegation that he is in imminent danger of serious

physical injury.[1] Here, Mr. Stewart did not plead facts alleging imminent danger of serious physical injury, so his motion to proceed IFP was denied. (#4)

The Court allowed Mr. Stewart thirty days from May 15, 2017, to pay the $400 filing fee. (#4) Mr. Stewart was specifically cautioned that his failure to submit the filing fee could result in dismissal of his claims, without prejudice. He filed an objection to the filing fee requirement (#5), but did not submit the fee.

## III.  Conclusion

Mr. Stewart's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's May 15, 2017 Order requiring him to pay the filing fee on or before June 14, 2017.

DATED this 19th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Stewart for purposes of determining eligibility for IFP status: *Stewart v. Evans*, E.D. Ark. Case No. 5:16cv81 (dismissed March 24, 2016); *Stewart v. Hobbs, et al.*, W.D. Ark. Case No. 6:15cv6023 (dismissed Jan. 26, 2016); *Stewart v. Murphy, et al.*, W.D. Ark. Case No. 6:14cv6077 (dismissed March 15, 2015); and *Stewart v. Hobbs, et al.*, E.D. Ark. Case No. 5:13cv381 (dismissed Jan. 31, 2014).