IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART
ADC # 151956                                                                                              PLAINTIFF

v.                                    Case No. 5:17-cv-00135-KGB/BD

GLADYS EVANS, *et al.*                                                                            DEFENDANTS

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 7). The parties have not filed objections. After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 7). Plaintiff Phillip Dewayne Stewart's claims are dismissed without prejudice based on his failure to comply with the Court's order and his failure to prosecute this lawsuit.

It is so ordered this the 13th day of July, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge