**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**PHILLIP DEWAYNE STEWART**
**ADC # 151956**                                                                                   **PLAINTIFF**

**v.**                                        **Case No. 5:17-cv-00135-KGB/BD**

**GLADYS EVANS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, this case is dismissed without prejudice.

It is so adjudged this the 13th day of July, 2017.

_____
Kristine G. Baker
United States District Judge